IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY GOFF                                                          PLAINTIFF

v.                              No. 3:17-cv-42-DPM

BRYAN CHARLES SMITH, Individually
and in his Official Capacity as City of
Paragould Police Officer; and
MICHAEL JOHN OOST, Individually
and in his Official Capacity as City of
Paragould Police Officer                                             DEFENDANTS

## ORDER

Smith and Oost have informally advised that they do not oppose Goff's motion to dismiss, № 13. It's granted. FED. R. CIV. P. 41(a)(2). The case will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 April 2018