IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY GOFF                                    PLAINTIFF

v.                   No. 3:17-cv-42-DPM

BRYAN CHARLES SMITH, Individually
and in his Official Capacity as City of
Paragould Police Officer; and
MICHAEL JOHN OOST, Individually
and in his Official Capacity as City of
Paragould Police Officer                     DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 April 2018